# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1662

_____

United States of America

*Plaintiff - Appellee*

v.

Craig Wieneke

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: May 1, 2023
Filed: May 4, 2023
[Unpublished]

_____

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Craig Allen Wieneke appeals after the district court[1] denied his pro se motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

The district court did not abuse its broad discretion in denying relief, as it adequately considered the parties' arguments and the relevant 18 U.S.C. § 3553(a) factors. *See United States v. Rodd*, 966 F.3d 740, 746 (8th Cir. 2020) (reviewing decision to grant or deny authorized sentence reduction under § 3582(c)(1)(A) for abuse of discretion); *see also United States v. Marcussen*, 15 F.4th 855, 859 (8th Cir. 2021) (affirming denial of § 3582(c)(1)(A) sentence reduction; no abuse of broad discretion when district court considered inmate's unique circumstances and health conditions, and concluded the § 3553(a) factors weighed against release).

The judgment is affirmed.

_____

---

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.